BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627

Counsel for Defendant MATTHEWS

**RECEIVED**
SEP 1 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
SEP 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
            Plaintiff,
v.
DANA MATTHEWS
            Defendants.

No. CR 03-40235-DLJ

STIPULATION OF PARTIES;
[~~PROPOSED~~] ORDER CONTINUING DATES

IT IS HEREBY STIPULATED, by and between the parties to this action, that the SENTENCING HEARING date of July 20, 2007, presently scheduled at 10:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for October 12, 2007 at 10:00 a.m.

The reason for this request is that the parties and the Probation Office continue to work on sentencing issues in this case. New counsel for the government has taken over the case in the last month and is familiarizing herself with a lengthy record. The discovery in this case is voluminous. It is comprised of numerous audio and video tapes as well as hundreds of pages of written discovery. Defense counsel will be unavailable for the last two weeks in August. In addition, the allegations involve a potential mandatory minimum sentence of ten years.

1  The Probation Officer has been contacted by voicemail. She does not object to a
2  continuance, but the requested date has not yet been discussed with her.

3
4  DATED: 8/8/07

   /S/
   KIMBERLY BRIGGS
   Assistant United States Attorney

8  DATED: 8/17/07

   /S/
   JOHN PAUL REICHMUTH
   Assistant Federal Public Defender

UNITED STATES OF AMERICA VS. DANA MATTHEWS

## ORDER

Upon stipulation of the parties to the above-entitled matter and good cause appearing,

IT IS FURTHER ORDERED that the SENTENCING HEARING date of July 20, 2007, presently scheduled at 10:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for October 12, 2007 at 10:00 a.m.

DATED: 9-12-07

_____
D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

        Plaintiff,

v.

DANA RENE MATTHEWS,

        Defendant.

Case Number: CR03-40235 DLJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kim Briggs
US Attorney's Office
1301 Clay Street, Ste. 340S
Oakland, CA 94612

John Reichmuth
Federal Public Defender
555 12th Street, 6th Floor, Suite 650
Oakland, CA 94607-3627

Karen Mar
US Probation Office/Oakland
1301 Clay Street, Ste. 220
Oakland, CA 94612

Dated: September 12, 2007

Richard W. Wieking, Clerk

By: Frances Stone, Deputy Clerk