BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627

Counsel for Defendant MATTHEWS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) No. CR 03-40235-DLJ |
| Plaintiff, | ) |
|  | ) STIPULATION OF PARTIES;  ORDER |
| v. | ) CONTINUING DATES |
|  | ) |
| DANA MATTHEWS | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

      IT IS HEREBY STIPULATED, by and between the parties to this action, that the SENTENCING HEARING date of October 12, 2007, presently scheduled at 10:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for December 7, 2007 at 10:00 a.m.

    The reason for this request is that the parties and the Probation Office continue to work on sentencing issues in this case. New counsel for the government has taken over the case and is familiarizing herself with a lengthy record. The discovery in this case is voluminous. It is comprised of numerous audio and video tapes as well as hundreds of pages of written discovery. In addition, the allegations involve a potential mandatory minimum sentence of ten years.

1  The Probation Officer has been contacted; she does not object to the requested continuance.

2

3                                                                                /S/

4  DATED: 10/11/07                                    _____
                                                      KIMBERLY BRIGGS
5                                                     Assistant United States Attorney

6
                                                                                 /S/
7  DATED: 10/11/07                                    _____
                                                      JOHN PAUL REICHMUTH
8                                                     Assistant Federal Public Defender

9

10
                                        SIGNATURE ATTESTATION
11
       I hereby attest that I have on file all holograph signatures for any signatures indicated by
12
   a "conformed" signature (/S/) within this e-filed document.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

1  UNITED STATES OF AMERICA VS. DANA MATTHEWS

2

3  **ORDER**

4  Upon stipulation of the parties to the above-entitled matter and good cause appearing,

5  IT IS FURTHER ORDERED that the SENTENCING HEARING date of October 12, 2007,

6  presently scheduled at 10:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for

7  December 7, 2007 at 10:00 a.m.

8  DATED:10/19/07

9  _____
   D. LOWELL JENSEN
10  UNITED STATES DISTRICT JUDGE