1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant MATTHEWS
5

6

7                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,            )
                                         )  No. CR-03-40235-DLJ
11                  Plaintiff,           )
                                         )  STIPULATION OF PARTIES;
12       v.                              )  [PROPOSED] ORDER PERMITTING
                                         )  TRAVEL ON PROBATION
13 DANA MATTHEWS                         )
                                         )
14                  Defendants.          )
                                         )
15 _____   )

16

17

18       IT IS HEREBY STIPULATED, by and between the parties to this action, that Dana

19 Matthews be permitted to travel to Disneyland on Friday, March 21, 2008 and return to this

20 District on Monday March 24, 2008.  The itinerary has already been provided to the Probation

21 Office.

22

23

24

25

26 //

1   The Probation Office objects to the request.

2

3

4

5   DATED:  MARCH 20, 2008

6                                            _____/S/_____
                                            KIMBERLY BRIGGS
7                                            Assistant United States Attorney

8

9   DATED:  MARCH 20, 2008

10                                           _____/S/_____
                                            JOHN PAUL REICHMUTH
11                                           Assistant Federal Public Defender

12      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this
       efiled document.              /S/ John Paul Reichmuth
13   _____          Counsel for Defendant

14                          **ORDER**

15      Good cause appearing therefore, it is hereby ORDERED that Dana Matthews be permitted to

16   travel to Disneyland on Friday, March 21, 2008 and return to this District on Monday March 24,

17   2008.  The itinerary has already been provided to the Probation Office.

18

19

20

21   DATED:  March 21, 2008

22                                           _____
                                            HON. D. LOWELL JENSEN
23                                           UNITED STATES DISTRICT JUDGE

24

25

26